UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60841-CIV-SINGHAL

MJ CAPITAL FUNDING, LLC,

    Plaintiff,

v.

LESLY REYNOLD FLEURIMOND,

    Defendant.
_____/

## ORDER STAYING CASE

**THIS CAUSE** is before the Court *sua sponte* upon review of the docket. On August 11, 2021, this Court appointed a Receiver over Plaintiff MJ Capital Funding, LLC, in a case styled *Securities and Exchange Commission v. MJ Capital Funding, LLC, MJ Taxes and More, Inc., and Johanna M. Garcia,* Case No. 21-61644-CIV-SINGHAL (S.D. Fla. Aug. 11, 2021). Among other things the Order stayed all civil legal proceedings of any nature involving the Receivership Defendants (including this proceeding) pending further Order of this Court. Accordingly, it is hereby

**ORDERED AND ADJUDGED** this matter is **STAYED** pending further Order of the Court in Case No. 21-61644-CIV-SINGHAL. The Clerk of Court is directed to administratively **CLOSE** this case and **DENY WITHOUT PREJUDICE** all pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of August 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF